AO 91 (Rev. 11/11) Criminal Complaint

LODGED
CLERK, U.S. DISTRICT COURT
10/16/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: AH DEPUTY

# UNITED STATES DISTRICT COURT

for the

Central District of California

FILED
CLERK, U.S. DISTRICT COURT
10/16/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: KL DEPUTY

United States of America
v.
BUTLENG TAING

*Defendant(s)*

Case No. 2:26-mj-06065-DUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 7/6/21, 11/8/22, 11/5/24, 8/27/25 in the county of Los Angeles in the Central District of California, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1015(a) | False Statement in a Naturalization Application |
| 52 U.S.C. § 20511(2)(A) | Fraudulent Voter Registration |

This criminal complaint is based on these facts:

Please see attached sheet.

☑ Continued on the attached sheet.

/s/
*Complainant's signature*

Ross Hogan, Special Agent-HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6:55 PM 10/16/26

*Judge's signature*

City and state: Los Angeles, California

Honorable Diana M. Kwok, U.S. Magistrate Judge
*Printed name and title*

*AUSA:* Michael Wheat

# AFFIDAVIT

I, Ross Hogan, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant for BUTLENG TAING ("TAING") for a violation of 18 U.S.C. § 1015(a) (False Statement in a Naturalization Application) and for a violation of 52 U.S.C. § 20511(2)(A) (Fraudulent Voter Registration).

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement and public databases. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and arrest warrant and does not purport to set forth all my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only.

3. The facts set forth in this affidavit are based upon my personal observations, my training and experience, information obtained from various law enforcement and public databases, and conversations and correspondence with other law enforcement officers and agents. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and arrest warrant and does not purport to set

forth all my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only.

## II. BACKGROUND OF AFFIANT

4. I am a Special Agent ("SA") for Homeland Security Investigations ("HSI"), I have completed Criminal Investigation Training Program, and Homeland Security Investigations Special Agent Training (28 Training Weeks) at Federal Law Enforcement Training Center in Glynco, Georgia.

5. In addition to formal basic law enforcement training, I have approximately 32 hours of advanced training in Human Smuggling and Financial Exploitation. In my time as a Special Agent, I have conducted investigations with El Dorado Financial Task Force, Homeland Security Investigations New York, to include Money Laundering and Bulk Cash Smuggling. I have also conducted investigations into cybercrime, fraud, and extortion as a Special Agent in the Los Angeles CA Homeland Security Task Force - Financial.

6. Prior to my tenure as a Special Agent, I served as a Captain in the United States Marine Corps. I earned a Bachelor of Science in Physics from the United States Naval Academy. During my time in the Marine Corps, I served as an Infantry Officer, specializing in the application of weapons and tactics. I was responsible for an account of equipment and material worth $8 million.

7. I am presently assigned as a sworn law

enforcement officer of the Homeland Security Investigations – Los Angeles. In that capacity, my duties include investigating federal criminal offenses in the Central District of California and elsewhere.

## III. STATEMENT OF PROBABLE CAUSE

8. Department of Homeland Security ("DHS") records reveal that TAING was born on October XX, 1983, in Phnom Penh, Cambodia, and is a native and citizen of Cambodia, who entered the United States in 2017 and is present in the United States as a Lawful Permanent Resident ("LPR"). LPRs are not United States citizens.

9. In August 2026, DHS HSI Los Angeles received investigative referrals provided by HSI Identity and Benefit Fraud Unit ("IBFU") with relevant information regarding alleged voter fraud or related identity-based fraud indicators. One of the referrals provided was for TAING with fraud indicators that TAING either registered to vote, has voted, or both.

10. During the HSI investigation of TAING, SAs conducted a number of record checks through law enforcement databases. A DHS database revealed a record under Alien Registration number AXXXXXX155 in the name "Butleng Taing" with a date of birth of October XX, 1983, country of birth and citizenship as Cambodia. This record includes a photograph of the person SAs recognize to be TAING. This recognition is based on my comparison to other law enforcement photographs of TAING. This record also lists additional identifying information for TAING to include a physical address: XXXX Indiana Avenue,

Long Beach, CA 90805, a telephone number ending in 1788, an email of BUTLENG1018@XXXXX.COM, and date of birth of October XX, 1983.

11. Immigration documentation, specifically Form N-400 records for TAING, also lists his birth country and citizenship as Cambodia, and contains a Social Security number ending in -1713 and a driver's license number YXXXX055.

12. SAs also conducted record checks through the California Department of Motor Vehicles and confirmed that driver's license number YXXXX055 is associated with the name "Butleng Taing" and is associated with the same address at XXXX Indiana Avenue, Long Beach, CA 90805. The latest issue date of this record is July 28, 2026, and it contained a photograph which SAs believe depicts TAING based on SAs' comparison to pictures and SAs' interactions and correspondence with other law enforcement officers. This record also shows a date of birth as October XX, 1983, and contains an image of TAING's signature.





13. During the HSI investigation of TAING, SAs subpoenaed the Los Angeles County Registrar's Office for voter registration information for TAING associated with the same address at XXXX Indiana Avenue, Long Beach, CA 90805.

14. In September 2026, SAs received a certified voter registration application number XXXXX7875, a voter registration receipt, and a signature image from the Los Angeles County Registrar's Office, Office of County Counsel of Los Angeles. The voter registration name is listed as "Butleng Taing" and lists the same address on XXXX Indiana Avenue, Long Beach, CA 90805.

15. Under the application question of "I am a U.S. citizen." a check mark is marked in the box. Following a declaration under penalty of perjury warning, the voter registration application is dated July 6, 2021.



X I am a U.S. citizen.

X I am at least 16 years old.

X I am not in prison or on parole for the conviction of a felony.

X I am not currently judged by a court to be mentally incompetent



I declare under penalty of perjury under the laws of the State of California that:
- I am a U.S. citizen and am 18 years old or will be at least 18 years old on election day.
- I am not currently in a state or federal prison or on parole for the conviction of a felony.
- I am not currently found mentally incompetent to vote by a court.
- I understand that it is a crime to intentionally provide incorrect information on this form.
- The information on this form is true and correct.

SIGNATURE [redacted] 7/6/2021 DATE

16. The voter application also provided the following for TAING:

a. California ID number DL #YXXXX055
b. Date of birth as October XX, 1983
c. Phone number as (562)386-XXXX
d. Email as BUTLENGXXXX@XXXXX.COM

17. The signature supplied by the voter and attached to voter application number 529957875 is in the name of TAING and appears to match TAING's signature on his California driver's license dated July 28, 2026.

18. The records from Los Angeles County Registrar's Office show that TAING voted in the general election with a mail-in ballot on or around November 8, 2022.

19. The records also show that TAING voted in the general election with a mail-in ballot on or around November 5, 2024.

20. Additionally, SAs have reviewed DHS records to determine whether TAING has ever sought or obtained United States citizenship. To become a naturalized United States citizen, an applicant must file a Form N-400 and pay a $710 filing fee or seek a fee waiver. DHS records do show TAING is seeking naturalization and filed an N-400 application. Multiple records of photo identification

were uploaded to the application including a copy of TAING's California State Driver's License YXXXX055.









21. Under the application questions in Part 9 of the Form N-400 the first question of "Have you **EVER** claimed to be a U.S. citizen (in writing or any other way)?" the answer "No" is checked. The second question "Have you **EVER** registered to vote or voted in any Federal, state, or local election in the United States? If you lawfully voted only in a local election where aliens are eligible to vote, you may answer 'No.'" the answer "No" is checked.

| | | | |
|---|---|---|---|
| 1. | Have you **EVER** claimed to be a U.S. citizen (in writing or any other way)? | ☐ Yes | ☒ No |
| 2. | Have you **EVER** registered to vote or voted in any Federal, state, or local election in the United States? If you lawfully voted only in a local election where aliens are eligible to vote, you may answer "No." | ☐ Yes | ☒ No |

22. Following a declaration under penalty of perjury warning, the Form N-400 Naturalization application is signed and dated August 27, 2025.


4. Applicant's Signature (or signature of a legal guardian, surrogate, or designated representative, if applicable)

Date of Signature (mm dd/yyyy)

08/27/2025

23. The Form N-400 Naturalization application also provided the following for TAING:

a. Alien Number as AXXX-XXX-155
b. Date of birth as October XX, 1983
c. Place of birth as Cambodia
d. "SSN4" as -1713
e. Phone number as (562)386-XXXX
f. Email as BUTLENGXXXX@XXXXX.COM

24. Moreover, the records do not reflect the issuance of a Form N-550, a Certificate of Naturalization, which is an official document issued by U.S. Citizenship and Immigration Services to prove that a foreign national has officially become a United States citizen after completing the naturalization process and taking the Oath of Allegiance. Based on my background, training and experience, I know that if an individual became a naturalized citizen, DHS records associated with that individual would reflect the issuance of a Form N-550 (Certificate of Naturalization).

## IV. CONCLUSION

25. Based on the foregoing, I believe there is probable cause to believe that TAING knowingly and willfully falsely stated under oath that he was a United States Citizen in his voter registration application in order to register to vote and secure the issuance of an election ballot permitting him to vote in a California and

federal election in violation of 18 U.S.C. § 1015(a) and 52 U.S.C. § 20511(2)(A).

/s/
______________________________
ROSS HOGAN, Special Agent
Homeland Security
Investigations

Subscribed to and sworn before me
This 16th day of October, 2026

______________________________
HONORABLE DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE